| | |
|---|---|
| 1 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| | MICHAEL R. VELLADAO, SB# 110075 |
| 2 |   E-Mail: Michael.Velladao@lewisbrisbois.com |
| | MONICA M. KALUNIAN, SB# 251769 |
| 3 |   E-Mail: Monica.Kalunian@lewisbrisbois.com |
| | 633 West 5th Street, Suite 4000 |
| 4 | Los Angeles, California 90071 |
| | Telephone:    213.250.1800 |
| 5 | Facsimile:    213.250.7900 |
| 6 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| | ROGER S. RAPHAEL, SB# 111946 |
| 7 |   E-Mail: Roger.Raphael@lewisbrisbois.com |
| | 45 Fremont Street, Suite 3000 |
| 8 | San Francisco, CA 94105 |
| | Telephone:    415.362.2580 |
| 9 | Facsimile:    415.434.0882 |
| 10 | Attorneys for Plaintiff STATE NATIONAL INSURANCE COMPANY, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE NATIONAL INSURANCE COMPANY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> THE BADELLE GROUP, INC., et al., <br><br> Defendant. | Case No. 3:23-cv-00387-MMC <br><br> **JOINT STIPULATION TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE** <br><br> Judge:    Maxine M. Chesney <br><br> Trial Date: September 9, 2024 |

**TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

IT IS HEREBY STIPULATED by and between Plaintiff State National Insurance Company, Inc. ("Plaintiff") and Defendant Mahmoud Berte ("Defendant"), through their undersigned counsel, that the above-captioned action is dismissed without prejudice in its entirety pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each side to bear its own costs, fees, and expenses.

/ / /

| | | |
|---|---|---|
| 1 | DATED: July 16, 2024 | LEWIS BRISBOIS BISGAARD & SMITH LLP |

By: _____
ROGER S. RAPHAEL
Attorneys for Plaintiff STATE NATIONAL
INSURANCE COMPANY, INC.

DATED: July 16, 2024                SIEGAL & RICHARDSON, LLP

By: _____/s/ JOEL H. SIEGAL_____
JOEL H. SIEGAL
Attorneys for Defendant MAHMOUD BERTE

Attestation Regarding Signatures:

Pursuant to Local Rule 5-1(i)(3), I, Roger S. Raphael, attest that all signatories listed, and on whose behalf the filing this is submitted, concur in the filing's content and have authorized the filing.