UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE NATIONAL INSURANCE COMPANY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> THE BADELLE GROUP, INC., et al., <br><br> Defendants. | Case No. 23-cv-00387-MMC <br><br> [PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE <br><br> Trial:   September 9, 2024 |

The Court, having considered the Joint Stipulation to Dismiss Entire Action Without Prejudice of Plaintiff State National Insurance Company, Inc. and Defendant Mahmoud Berte, and good cause appearing therefrom, approves the parties' stipulation and HEREBY ORDERS that the entire action is dismissed as to all parties without prejudice. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated: July 16, 2024

*[signature]*
The Honorable Maxine M. Chesney
United States District Judge

142034169.1

1

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE